Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MONIC PITRE,

Debtor.

Chapter: 13

Case No. 2:20-bk-02388-BKM

NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION

PLEASE TAKE NOTICE that on **April 7, 2022 at 01:30 PM, a telephonic hearing will be had on the Debtor's Objection to Trustee Recommendation.**

PER THE COURT'S GENERAL ORDER 20-3, THIS WILL BE A TELEPHONIC HEARING, **CALL 877-336-1829**, **ACCESS CODE 5564497** TO MAKE AN APPEARANCE AT THIS HEARING

Dated: March 3, 2022.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 3rd day of March 2022 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
service@maney13trustee.com

Creditors appearing on
the Master Mailing List


/s/ Tom McAvity