Edward J. Maney, Esq.#012256  
CHAPTER 13 TRUSTEE  
101 N. First Ave. Suite 1775  
Phoenix, Arizona 85003  
(602) 277-3776  
ejm@maney13trustee.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHX DIVISION

In re: MONIC PITRE § Case No. 20-02388
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Edward J. Maney, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/08/2020.

2) The plan was confirmed on 09/17/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 11/29/2021.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/16/2021, 09/13/2022.

5) The case was dismissed on 10/19/2022.

6) Number of months from filing or conversion to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,050.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 16,389.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 16,389.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 5,200.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,065.15 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,265.15 |
| Attorney fees paid and disclosed by debtor(s): | $ 50.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Dynasty Finance | Sec | 11,116.06 | 11,116.06 | 11,116.06 | 6,883.05 | 1,277.86 |
| Prog Leasing LLC | Sec | 3,795.00 | 1,282.75 | 1,282.75 | 773.57 | 160.72 |
| Snap Finance | Sec | 2,269.00 | 1,000.00 | 1,000.00 | 1,000.00 | 28.65 |
| Snap Finance | Uns | 0.00 | 1,269.00 | 1,269.00 | 0.00 | 0.00 |
| Office of the Arizona Attorney General | Pri | 0.00 | 775.55 | 775.55 | 0.00 | 0.00 |
| Office of the Arizona Attorney General | Uns | 0.00 | 298.83 | 298.83 | 0.00 | 0.00 |
| Internal Revenue Services | Pri | 7,700.00 | 6,423.66 | 6,423.66 | 0.00 | 0.00 |
| Internal Revenue Services | Uns | 0.00 | 4,590.93 | 4,590.93 | 0.00 | 0.00 |
| 1 STOP CHECK CASHING | Uns | 1,833.00 | NA | NA | 0.00 | 0.00 |
| Ascendium Education Solutions | Uns | 0.00 | 1,974.53 | 1,974.53 | 0.00 | 0.00 |
| LVNV Funding LLC | Uns | 889.00 | 1,039.02 | 1,039.02 | 0.00 | 0.00 |
| Capital One Bank (USA), N.A. | Uns | 415.00 | 415.53 | 415.53 | 0.00 | 0.00 |
| Office of the Arizona Attorney General | Pri | 0.00 | 5,664.31 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Uns | 6,154.00 | 6,154.03 | 6,154.03 | 0.00 | 0.00 |
| Portfolio Recovery Associates, LLC | Uns | 0.00 | 429.30 | 429.30 | 0.00 | 0.00 |
| MUNICIPAL SERVICES BUREAU | Uns | 776.00 | 103.69 | 103.69 | 0.00 | 0.00 |
| MUNICIPAL SERVICES BUREAU | Uns | 230.00 | 228.23 | 228.23 | 0.00 | 0.00 |
| Bank of Missouri | Uns | 0.00 | 420.22 | 420.22 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Atlas Acquisitions LLC | Uns | 0.00 | 1,919.92 | 1,919.92 | 0.00 | 0.00 |
| US Collections West | Uns | 0.00 | 2,946.84 | 0.00 | 0.00 | 0.00 |
| ACE CASH EXPRESS | Uns | 1,449.00 | NA | NA | 0.00 | 0.00 |
| Allied Cash | Uns | 1,096.00 | NA | NA | 0.00 | 0.00 |
| Auto Now Financial Ser | Uns | 9,061.00 | NA | NA | 0.00 | 0.00 |
| BMG Arizona East | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Cash Time Title Loans, Inc. | Uns | 1,299.00 | NA | NA | 0.00 | 0.00 |
| BUCKEYE CHECKSMART | Uns | 672.00 | NA | NA | 0.00 | 0.00 |
| Checkmate | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| Cigna | Uns | 236.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Assoc. LP | Uns | 439.00 | NA | NA | 0.00 | 0.00 |
| ARIZONA DEPARTMENT OF | Uns | 1,350.00 | NA | NA | 0.00 | 0.00 |
| Dignity Health | Uns | 1,265.00 | NA | NA | 0.00 | 0.00 |
| Fast Auto Loans | Uns | 2,918.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Ed. Corp. | Uns | 1,972.00 | NA | NA | 0.00 | 0.00 |
| Progressive Insurance Company | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| Sonora Quest Laboratories | Uns | 181.00 | NA | NA | 0.00 | 0.00 |
| SYNERGY RECOVERY GROUP | Uns | 41.00 | NA | NA | 0.00 | 0.00 |
| Total Medical Care | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 21,566.00 | NA | NA | 0.00 | 0.00 |
| Standard West | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Thomas Adams Mcavity | Lgl | 0.00 | 5,250.00 | 5,250.00 | 5,200.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,116.06 | $ 6,883.05 | $ 1,277.86 |
| All Other Secured | $ 2,282.75 | $ 1,773.57 | $ 189.37 |
| **TOTAL SECURED:** | $ 13,398.81 | $ 8,656.62 | $ 1,467.23 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,199.21 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,199.21 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 18,843.23 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,265.15 |
| Disbursements to Creditors | $ 10,123.85 |
| **TOTAL DISBURSEMENTS:** | $ 16,389.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 11/03/2022          By:
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)